1

1              UNITED STATES BANKRUPTCY COURT
                EASTERN DISTRICT OF NEW YORK
2
  MAN KIT NG                    .  Case No. 11-46867
3                               .  Adversary Case 12-01343
                                .
4                               .  New York, New York
                                .  Tuesday, February 12, 2013
5                               .  12:13 p.m.
                                .
6                               .
  . . . . . . . . . . . . . . . .
7
                BEFORE THE HONORABLE JUDGE CARLA CRAIG
8                  UNITED STATES BANKRUPTCY JUDGE

9
       [1] COMPLAINT BY ROBERT L. GELTZER AGAINST MAN KIT NG -
10  NATURE(S) OF SUIT [41] OBJECTION/REVOCATION OF DISCHARGE - 727
  (c),(d),(e) [3] MOTION TO DISMISS ADVERSARY PROCEEDING (RELATED
11                     DOCUMENTS(S)

12
  APPEARANCES:
13
  For Chapter 7 Trustee:          LAW OFFICE OF ROBERT L. GELTZER
14                                 BY: MARK BRUSH
                                   1556 Third Avenue
15                                 New York, New York 10128

16  For Man Kit:                   DAHIYA LAW GROUP, LLC
                                   BY: NAUPREET KAUR
17                                 BY:  KARAM VIR DAHIYA
                                   350 Broadway, Suite 412
18                                 New York, New York 10013

19

20

21  Transcription Service:      Associated Reporters Int'l., Inc.
                                P.O. Box 165
22                              Massena, New York  13662
                                (315) 769-6429
23

24  Proceedings recorded by electronic sound recording;
  transcript produced by transcription service.
25

1          THE COURT CLERK:  Number Eighteen and

2     Nineteen, Geltzer versus Ng.

3          THE COURT:  Yes.  Uh-huh.  Eighteen and

4     Nineteen?

5          MR. BRUH:  Good afternoon, your Honor.

6     Mark Bruh for Robert Geltzer, Chapter 7

7     Trustee.

8          THE COURT:  Uh-huh.

9          MS. KAUR:  Good afternoon, your Honor.

10    I'm Napreet Kaur.  I'm here on behalf of Mr.

11    Attorney Karam Vir Dahiya for Mr. Man Kit.

12         Your Honor, if -- before we -- I'm not

13    admitted here, so I'm just here to say that

14    Mr. Dahiya's actually in Central Islip in a

15    criminal contempt case in front of Judge

16    Eisenberg and this happened fairly -- within

17    the last two days and we tried to get an

18    adjournment of the other case, but it was not

19    granted.

20         THE COURT:  Who's -- who -- well, who's

21    being held in criminal contempt?

22         MS. KAUR:  One of his clients.  It's

23    Pergamen (phonetic) versus English.

24         THE COURT:  Uh-huh.  All right.  Do you

25    have anything you want to say, Mr. Bruh?

1          MR. BRUH:  Your Honor --.

2          THE COURT:  It's unclear to me my -- to

3     me why Mr. Dahiya couldn't seek an adjournment

4     within the time that's required, pursuant to

5     our local rules; why he called yesterday.

6          MS. KAUR:  Your Honor, I was told that

7     he -- he tried to get an adjournment for the

8     other case in Central Islip and at the last

9     minute it wasn't granted.

10          And this is why he couldn't -- he wasn't

11     -- he was -- he was planning on being here

12     instead.

13          MR. BRUH:  Your Honor, my comment is

14     just that it's my understanding he knew about

15     this last week.  He could have adjourned this

16     matter.  I had to come down here.  It's going

17     to cost the estate time and money.  And we --

18     we are just doing what we're supposed to do,

19     your Honor.

20          THE COURT:  Right.  So, I guess I'll

21     grant this adjournment, subject to Mr. -- the

22     Trustee's right to seek attorney's fees for

23     this.

24          MR. BRUH:  Thank you, Judge.

25          THE COURT:  But in terms of just this --

1          cutting to the chase here, what -- the way I

2          plan to handle this is we're going to set up a

3          discovery -- a schedule for the Debtor to

4          provide documentation.  That's what we're

5          going to do.  We're not getting involved in,

6          you know, back and forth between you and Mr.

7          Dahiya.

8               MR. BRUH:  I -- I'm -- I'm fine with

9          that, your Honor.  I --

10               THE COURT:  Okay.

11               MR. BRUH:  -- we have -- I have a

12          schedule prepared from the 2004 --

13               THE COURT:  Okay.

14               MR. BRUH:  -- and --.

15               THE COURT:  So I'll put this on for the

16          -- the 21st of February, shall I?  And it's --

17          it's also unclear to me why it is that he

18          doesn't show up at -- he doesn't get an

19          adjournment and doesn't show up.  There're two

20          -- he's got two hearings scheduled.  He

21          doesn't adjourn -- get adjournments for -- of

22          either one of them timely.  And -- but he

23          chooses to not show up at my hearing.  Why is

24          that?

25               MS. KAUR:  I apologize on his behalf.

1        Your Honor, the 21st -- and we -- he's

2        actually going to be in California for another

3        case.

4              THE COURT:  Here's what -- here's what

5        I'm doing.  I'm denying the request for

6        adjournment.  I'm marking this off.  I'm

7        marking off this motion.

8              MR. BRUH:  Thank you, your Honor.

9              THE COURT:  Miss -- your request for

10       adjournment -- the adjournment was requested.

11       Request was denied.  Did he -- he could have

12       made it timely.  He didn't.  He chose not to

13       show up at this hearing.

14             I'm being told by my courtroom dep -- by

15       my law clerk here, by Mrs. Cantor, that the

16       docket in the case before Judge Eisenberg

17       reflects that the case is closed.

18             I don't know whether that's relevant or

19       not, but the point of the matter is that Mr.

20       Dahiya, yet again -- yet again -- has behaved

21       and -- with utter disregard of the rules of

22       this -- of the -- of the Court -- of this --

23       of this Court and the way that we conduct

24       proceedings, which require if you're seeking

25       an adjournment to do it within two days.  And

1          did -- Mr. Bruh, did he request an adjournment

2          from you?

3               MR. BRUH:  Yesterday someone called from

4          his office in the afternoon and I said --.

5               THE COURT:  Okay.  So that is not --

6          here we have -- we have a rule that

7          adjournments have to be requested forty-eight

8          hours in advance.  Not -- not such a -- not

9          such a -- a burdensome -- burdensome rule.

10              So if -- if Mr. Dahiya had requested an

11         adjournment Friday and Mr. Bruh had said no,

12         then I could have had some kind of telephonic

13         hearing and I could have -- or I could have

14         ruled upon the request for an adjournment.

15         But you can't show up in court and request an

16         adjournment.  I'm marking this off.

17              MS. KAUR:  Your Honor --.

18              THE COURT:  And then -- then -- then I'm

19         finding -- trying to give you the courtesy of

20         a -- maybe an adjournment.  And then, well, he

21         can't appear this time.  You know, I -- I, you

22         know, sorry.  I'm sorry.

23              MS. KAUR:  Your Honor, if I may?

24              THE COURT:  Marked off.

25              MS. KAUR:  I -- I can call and see --

1     he'll -- he'll do whatever he can.  I'm just

2     --.

3          THE COURT:  Are you prepared to go

4     forward on this motion?

5          MS. KAUR:  Can I just make a phone call

6     and just double check, your Honor?

7          THE COURT:  Okay.  Second call.

8          MS. KAUR:  Okay.  I'll be right back.

9          MR. BRUH:  Your Honor, you're not

10    admitted, right?

11         MS. KAUR:  No, I'm -- that's what I'm

12    saying.  I'm not --

13         THE COURT:  Oh, so you can't go forward

14    on this anyway.

15         MS. KAUR:  -- no, I can't.  I can't.

16    And if I can make a phone call to see if he

17    can reschedule the California case, because we

18    really don't want, you know --.

19         THE COURT:  Okay.  I'll put it on for

20    second call.

21         MR. BRUH:  Okay.  Thank you, Judge.

22         THE COURT:  Okay, Counsel.  What you

23    need to be asking Mr. Dahiya is whether he can

24    get himself here.

25         MS. KAUR:  Okay, I will.

1          THE COURT:  Today.

2          MS. KAUR:  Okay.

3          (Off the record)

4          THE COURT CLERK:  Second call to Number

5     Eighteen and Nineteen, Geltzer versus Man Kit.

6          MR. BRUH:  For the record, your Honor,

7     Mark Bruh for Robert Geltzer, Chapter 7

8     Trustee.

9          MR. DAHIYA:  Karam Dahiya representing

10     Man Kit NG.

11          THE COURT:  All right.  The way I would

12     propose to resolve -- to approach this is by

13     setting a schedule for your -- your client to

14     comply with the Trustee's discovery request

15     and to appear for a deposition.  The extent

16     your client needs a -- an interpreter, you can

17     -- I -- I think you can -- they can do it here

18     and use the court interpreter.

19          Am I right?  Can we do that?

20          THE COURT CLERK:  I have to check into

21     that.  I'm not sure about the depositions.  I

22     know they do hearings.  I'm not sure how they

23     would do the deposition.

24          THE COURT:  Well, they'd probably have

25     to pay for the service, I would think.

1        THE COURT CLERK:  I think -- I'll

2        definitely have to check.

3        THE COURT:  Okay.  Well, we can -- we

4        think that can be -- I'm sure that can be

5        worked out.

6        MR. BRUH:  Your Honor --

7        MR. DAHIYA:  That's -- that's fine.

8        MR. BRUH:  -- if I may?  Where Debtor

9        testified for ten minutes in English and then

10        all of a sudden --

11        MR. DAHIYA:  That's not true.  That's

12        not true.  I was there for both the meetings.

13        THE COURT:  Okay.  Presumably, there is

14        a transcript of this --

15        MR. BRUH:  Yes.

16        THE COURT:  -- so that I don't have to

17        sit here and listen to you say one thing and

18        you say something else, okay.  So how about --

19        have -- if you -- if you want -- is -- is

20        there a transcript attached to this?

21        MR. BRUH:  We'll provide it.  I will

22        give the audio.  I can e-mail it.  I've

23        listened to it at least three times.  It was

24        over ten minutes.  And he testified the whole

25        time in English.

1          MR. DAHIYA:  What it --?

2          MR. BRUH:  Absolutely.

3          MR. DAHIYA:  Three forty-one?

4          MR. BRUH:  Yes.  Abso -- and you were

5     there, Mr. Dahiya.

6          MR. DAHIYA:  The -- the -- the -- your

7     Honor --.

8          THE COURT:  Okay.  I don't -- I am not

9     interested --

10         MR. DAHIYA:  Okay.

11         THE COURT:  -- in having this discussion

12    with you, okay.  Let's set a -- let's set a

13    schedule for your client to comply with these

14    -- with these discovery requests.  What --

15    what do you need, Mr. Bruh, from the Debtor?

16         MR. BRUH:  It -- it -- it's set out in

17    the complaint, your Honor.

18         MR. DAHIYA:  We -- we've given

19    everything.

20         THE COURT:  Let's -- let's be -- let's

21    -- let's just specify right now, on the

22    record, what it is you need.

23         MR. BRUH:  Okay.  Well, first of all,

24    his personal tax returns from 2005 to 2010

25    have not been produced.

1            THE COURT:  Okay.  We're going one item

2       at a time.

3            MR. BRUH:  Okay.

4            THE COURT:  Tax returns from 2000 and --

5       2000 --

6            MR. BRUH:  2005 to 2010.

7            THE COURT:  -- 2005 to 2010.

8            MR. BRUH:  We have the 2011.

9            MR. DAHIYA:  You have 2011?

10           MR. BRUH:  Bank statements have not been

11      produced.

12           THE COURT:  No bank statements at all?

13           MR. BRUH:  That's correct.

14           THE COURT:  Okay.  Bank statements for

15      what period?

16           MR. BRUH:  We'd asked for six years.  We

17      haven't gotten one statement.

18           THE COURT:  Okay.

19           MR. BRUH:  These are personal.  We're --

20      and then I will address it.  The -- the way

21      bank statements are done in normal courts, you

22      get copies of the canceled checks.  We'd ask

23      for those.  I hope they could be provided.

24           MR. DAHIYA:  These are personal account?

25           MR. BRUH:  Yes.  And then the --

1           MR. DAHIYA:  Your Honor, just briefly, I

2       want to say something.  Client has, with

3       folded hands, said it many times in my office,

4       I have given him whatever I have.  I've

5       nothing else to give them.

6           THE COURT:  Okay.

7           MR. DAHIYA:  Why can't they subpoena the

8       records?

9           THE COURT:  Well, so the thing is --

10          MR. DAHIYA:  Yes.

11          THE COURT:  -- then -- then what we're

12      going to do is go over the list --

13          MR. DAHIYA:  Yes, your Honor.

14          THE COURT:  -- and I guess that -- that

15      your -- that his client will have to serve a

16      -- a response to your -- to the -- to either

17      produce the documents or reserve a -- a

18      document request -- a response saying that the

19      documents that he has -- that are requested,

20      are not within his possession, custody or

21      control.  And then you -- I mean, that seems

22      to me that satisfies his obligation under the

23      subpoena, right?  Under the -- under the Rule

24      2004.

25          MR. BRUH:  I -- I -- I think to get his

1                      tax returns he can easily get those.  How he

2                      could raise that they're not in his

3                      possession, custody or control --

4                            MR. DAHIYA:  But he's --

5                            MR. BRUH:  -- is beyond me.

6                            THE COURT:  Maybe he didn't file tax

7                      returns for those periods.  I don't know.

8                            MR. BRUH:  Well, he filed the previous

9                      bankruptcy and produced certain of those

10                      returns to the prior Trustee and to now hide

11                      behind the fact that the --.

12                          THE COURT:  Well, copies of those

13                      returns can be obtained from the -- from --

14                      from the -- from --

15                          MR. DAHIYA:  The transcripts, yeah.

16                      That's right.

17                          THE COURT:  -- well, not just the

18                      transcripts.  The returns themselves.  You can

19                      get a copy of your own tax return from -- from

20                      the I.R.S.

21                          MR. DAHIYA:  I'll -- I'll -- I'll check

22                      into it, your Honor.

23                          MR. BRUH:  Because there's a -- a

24                      discrepancy in Schedule I in the tax returns

25                      and we -- and the statement of financial

1                    affairs.  We'd like to get to the bottom of

2                    that.  We haven't received --.

3                        THE COURT:  Hasn't this Debtor already

4                    received a discharge?

5                        MR. BRUH:  This Debtor did.

6                        MR. DAHIYA:  Yes.

7                        MR. BRUH:  There was significant delay

8                    in this case, your Honor, as we put in our

9                    papers.  It was six months before he finally

10                   appeared at a 341 meeting.

11                       And we did not get any compliance with

12                   our 2004 until they appeared and then hid

13                   behind this language barrier, which is clearly

14                   a fabrication.  Because I -- like I said, I

15                   listened to the tapes.  I'll provide copies.

16                   They're on my computer.

17                       MR. DAHIYA:  What -- when can I bring

18                   him to this Court next to appear, your Honor?

19                       THE COURT:  I don't -- I'm not

20                   interested -- I am not interested in getting

21                   involved in this.  If there's -- if an

22                   interpreter is needed, we'll fig -- you have

23                   to figure out --

24                       MR. BRUH:  Okay.

25                       THE COURT:  -- how you're going to get

1    an interpreter.

2         MR. DAHIYA:  But the tax returns?

3         THE COURT:  Okay.  In fact, does the

4    Debtor have any -- anybody that -- that he can

5    provide as an interpreter?

6         MR. DAHIYA:  Yes, his sister is there.

7    She's better --.

8         THE COURT:  Okay.  Well then that might

9    be a solution.

10         MR. DAHIYA:  Oh, we -- we'll get someone

11    there.  Do you want to schedule -- get

12    somebody?

13         MR. BRUH:  You can.  We haven't received

14    any credit card statements.

15         MR. DAHIYA:  He doesn't have -- that

16    would --.

17         MR. BRUH:  Okay.  Well, if he -- then

18    how did you fill out the petition?

19         MR. DAHIYA:  From credit history.

20    Anyway, I didn't do the --.

21         MR. BRUH:  So provide it.  You -- but

22    you filed the case.

23         MR. DAHIYA:  No, I don't -- the -- the

24    case was filed by someone else.

25         MR. BRUH:  Mr. Dahiya, you're the

1          attorney of record from day one.

2               MR. DAHIYA:  I understand.  It's a

3          credit card --.

4               MR. BRUH:  And you're saying you didn't

5          file the case?

6               MR. DAHIYA:  I have filed the case

7          before.  The case was filed by someone else as

8          13.  So we took it from there -- most of the

9          stuff.

10              MR. BRUH:  So, it's inaccurate, the

11         petition.  So -- I mean, this is raising more

12         questions, Judge, because is it that period?

13         All right.

14              THE COURT:  So, Mr. -- Mr. -- Mr. Bruh,

15         the fact the Debtor has gotten a discharge,

16         how are you going to -- these might have been

17         bases for you to object to discharge.  But how

18         are you going to --?

19              MR. BRUH:  Well, under -- under 727 I --

20         I can object within one year of obtaining the

21         discharge under certain prongs which we did

22         and set forth in our complaint.

23              THE COURT:  Well, that's if he fails to

24         provide documents.  But if he -- to you --

25         that -- or he fails to provide -- fails to --

1          excuse me -- abide by an order of the Court.

2                MR. BRUH:  Well, which we -- one, we

3          believe he failed --.

4                THE COURT:  If he simply doesn't have

5          the documents, then -- then that might have

6          been a ground to object to discharge.  But

7          it's not a ground to revoke the discharge.

8                MR. DAHIYA:  That's true.  I say that's

9          going to --.

10               MR. BRUH:  Well, if he -- well, we'll --

11         we'll go through that, Judge.  I mean, the

12         fact of the matter is also he refused to

13         testify at the -- the Bankruptcy Rule 2004

14         examination.

15               MR. DAHIYA:  That's what they're saying.

16         That we -- he disobeyed your Honor's court --.

17               THE COURT:  Well, I -- I think we --

18         we're going to set -- we're going to arrange

19         for him to testify --

20               MR. BRUH:  Okay.

21               THE COURT:  -- with -- with -- through

22         an interpreter, if need be, if that's what he

23         needs.

24               MR. BRUH:  Well, and -- and -- and if

25         that's the case, your Honor, then he would

1          satisfy 727 d because we believe the discharge

2          was obtained through fraud of the Debtor to

3          testify in English.  And then subsequently,

4          unbeknownst to the Trustee and counsel, he

5          hides behind this language barrier --.

6               THE COURT:  Well, how did he -- how did

7          that enable him to get a discharge?

8               MR. BRUH:  Because he -- because he

9          wouldn't comply or explain his financial

10         condition to us when we wanted.  We couldn't

11         --.

12              THE COURT:  That's -- that's not fraud.

13              MR. BRUH:  Well, I --

14              THE COURT:  You --

15              MR. BRUH:  -- the fraud --.

16              THE COURT:  -- could have sought an

17         extension of time to object to discharge.

18              MR. BRUH:  Well, I -- I -- I -- I --.

19              THE COURT:  Where's the fraud?

20              MR. BRUH:  The fraud is hiding behind

21         the language barrier -- to say he can't

22         testify when he can speak English.

23              THE COURT:  Well, he didn't -- he didn't

24         say he wouldn't testify.  He said he would and

25         he wanted an interpreter.

1              MR. BRUH:  But he testified for ten

2         minutes without one.

3              MR. DAHIYA:  That was not ten minutes.

4              THE COURT:  So I don't know -- I'm not

5         seeing how that is a -- a basis for revoking a

6         discharge.

7              MR. BRUH:  Okay.  I -- I -- I -- I think

8         it's fraud, your Honor.  I think that's

9         obtaining it --.

10             THE COURT:  The fraud -- fraud is a

11        misrepresentation that is made -- that is

12        relied upon and is then -- is -- is the -- to

13        detrimentally and causes damage, okay.

14             Misrepresentation was you're saying that

15        he couldn't speak English.  And how did the

16        Trustee rely on that?

17             MR. BRUH:  No, the misrepresentation

18        you're say -- right.  So we couldn't do our

19        examination.

20             THE COURT:  Well, how did the Trustee

21        rely -- if -- if the Trust -- if he said he

22        couldn't speak English, why didn't you get --

23        why didn't you either get an interpreter or

24        move for an extension of time to object to

25        discharge?

1             MR. BRUH:  Because --

2             THE COURT:  It's hard to see how this is

3        --

4             MR. BRUH:  -- because --

5             THE COURT:  -- a misrepresentation that

6        led to him getting the discharge.

7             MR. BRUH:  -- because we didn't --

8        because he testified in English at the 341.

9             THE COURT:  Well, but that may be --

10        that may be the case.  But he says -- he says

11        he can't speak English.  How did that lead to

12        him getting a discharge?  What led to him

13        getting a discharge was you not moving to

14        extend his time -- to extend the time to

15        object to his discharge.

16             MR. BRUH:  Well, I -- I -- I disagree.

17        I think it's fraud when -- when we have an

18        order of the Court to testify and all of a

19        sudden someone says I can't speak English.

20             THE COURT:  That's not fraud.

21             MR. BRUH:  Don't get involved but I

22        disagree with the Court.

23             THE COURT:  Well, you're going to have

24        to -- we're going have to see whether it --

25        maybe there'll be case -- maybe there's case

1          law that indicates that that's fraud --

2                MR. BRUH:  Okay.

3                THE COURT:  -- but I -- I -- I don't see

4          how -- don't see the causal connection between

5          that misrepresentation, if there was one, and

6          the fact that he got a discharge.

7                MR. BRUH:  Okay.

8                THE COURT:  Because the Trustee always

9          can -- if he -- if the Trustee feels he does

10         not have sufficient information to make a

11         determination about whether Debtor's entitled

12         to a discharge, they're always --

13               MR. BRUH:  Terminate.

14               THE COURT:  -- free to seek an extension

15         of time.

16               MR. BRUH:  That's correct, your Honor.

17         I -- and also I -- I point out that the second

18         prong was that failing to comply with the

19         order.  Failing to provide the docu --

20         refusing to -- to comply with the order, not

21         producing the documents and not testifying.

22               THE COURT:  Well, I guess the question

23         is whether he received the --

24               MR. BRUH:  Well, in --.

25               THE COURT:  -- whether he has the

1         documents.

2              MR. BRUH:  Well, yeah.  And -- and --

3         and the fact that he says I'm not going to

4         testify now.  All we want is the documents and

5         the Debtor to testify.  And then we'll see if

6         there's anything here or not.  And you --

7         they're making a lot out of nothing here --

8              THE COURT:  Okay.  All right.

9              MR. BRUH:  -- your Honor.

10             THE COURT:  Okay.  Then it -- what's the

11        best way to do this?  Do you want a written

12        response to your document request by a

13        particular time?

14             MR. BRUH:  Well, I -- the Debt -- we had

15        -- the complaint has a whole schedule of the

16        documents.  So I -- I -- I think you -- it's

17        not necessary to submit it again.  I would

18        think they should try to produce all these

19        documents.  If they can't, there should be a

20        reason as to why the documents were not

21        produced.

22             THE COURT:  Okay, so --

23             MR. DAHIYA:  I will --

24             THE COURT:  -- so what did --

25             MR. DAHIYA:  -- I will --.

1          THE COURT:  -- what type of -- what type

2    of response are you looking for?

3          I'm asking you, Mr. Bruh.

4          MR. BRUH:  If they -- if they're not

5    supplying the documents or if the -- or if the

6    -- I -- the documents is the response I want.

7          If they're not coming, I want an

8    affidavit as to the efforts --

9          THE COURT:  Okay --

10          MR. BRUH:  -- that the Debtor undertook

11    --

12          THE COURT:  -- okay.

13          MR. BRUH:  -- to get those documents.

14          THE COURT:  Okay.  So I'm going to set a

15    deadline, then, for the Debtor to provide the

16    documents that are set out in the -- was it a

17    schedule to the complaint?

18          MR. BRUH:  It's -- it's actually in the

19    complaint --

20          THE COURT:  Okay.

21          MR. BRUH:  -- on page four.

22          THE COURT:  That are -- that are

23    specified in page four of the complaint or and

24    either -- is to provide the documents or --

25    and -- and/or if -- if they are not -- if each

1          and every piece of paper is not fully com --

2          fully provided, they need -- then the Debtor

3          needs to provide an affidavit explaining why

4          he was not able to produce it and what his

5          efforts were to obtain the documents.  And

6          with respect to the tax returns, let him

7          request them from the I.R.S.

8               MR. BRUH:  And --

9               MR. DAHIYA:  That's fine.

10              MR. BRUH:  -- and I think the bank

11         statements -- he can get those from the bank,

12         as well, your Honor.

13              MR. DAHIYA:  I -- I think -- I think I'm

14         going to go back, your Honor.

15              THE COURT:  Well, I don't -- I don't --

16         I think the -- the Trustee can get the bank

17         statements --

18              MR. DAHIYA:  Yeah.

19              THE COURT:  -- from the bank.  But a

20         Trustee -- it's a little harder to get tax

21         returns, I think, on -- for somebody else from

22         the I.R.S.

23              MR. BRUH:  Sometimes it's hard --

24         because -- for us to get it from the bank, as

25         well.  Because we're not the accountants.

1                MR. DAHIYA:  It's going to cost him like

2           -- sometimes they charge for a trans -- for a

3           transcript.  It's like twenty-five, fifty

4           dollars.  The bank's expensive.

5                THE COURT:  Okay.  I -- I -- I think

6           that it's -- that -- I don't think that bank

7           -- bank statements are something you can

8           subpoena from a -- from the financial

9           institution.

10                So let him get the transcripts.  He has

11           to --

12                MR. BRUH:  But I'd like to know the

13           efforts, your Honor.  To fill out a petition

14           and to say you have a bank account and you

15           have certain money in it, you have to have a

16           statement.  What happened to those statements?

17           He has to explain this to the Trustee.

18                MR. DAHIYA:  He will explain.

19                THE COURT:  Okay.  And then we'll set at

20           -- well, let -- how long -- how -- how much

21           time do you need to provide this response?

22                MR. DAHIYA:  Your Honor, give me -- I'm

23           moving my office -- forgive me.  I'm in the

24           process of moving my office now.  So, let's

25           say twenty days, twenty-two days.

1              THE COURT:  Twenty-two days is what you

2      want?

3              MR. DAHIYA:  Yeah, one month.  Well,

4      give it, what, thirty days?

5              MR. BRUH:  Thirty days is fine, Judge.

6              MR. DAHIYA:  Okay.

7              MR. BRUH:  And then I --.

8              THE COURT:  Okay.  So then these -- a

9      written response has to be provided by March

10     14th.

11             MR. BRUH:  Or the --.

12             THE COURT:  When is the Debtor going to

13     appear for his deposition?

14             MR. BRUH:  What I'd like to do is, once

15     I get the documents, to schedule the

16     deposition.  I think --

17             MR. DAHIYA:  But you -- you -- the

18     problem is not the depositions, your Honor.

19     The problem is where the deposition's going to

20     take place.

21             THE COURT:  Oh, you -- what --

22             MR. DAHIYA:  I was thinking --.

23             THE COURT:  -- what's the problem with

24     that?

25             MR. DAHIYA:  No, we -- we will not -- I

1           will not be subjecting him in Mr. Geltzer's

2           office.  His office is like Hindu temple.

3                 THE COURT:  Okay.  You know what, Mr. --

4                 MR. DAHIYA:  It's like pictures --

5                 THE COURT:  -- you know what, Mr.

6           Dahiya?  You don't get to make that

7           determination.  Mr. -- when --

8                 MR. DAHIYA:  But you make it, your

9           Honor.

10                THE COURT:  -- no.  When -- when a -- a

11          deposition is noticed by -- by an attorney, it

12          is typically in the attorney's office.  And

13          there is no reason for it not to be unless the

14          dep -- unless, for some reason, the Deponent

15          is unable to travel --

16                MR. DAHIYA:  I'll tell you what happened

17          in the Court.

18                THE COURT:  -- or there is some type of

19          --

20                MR. DAHIYA:  You --

21                THE COURT:  -- in -- infirmity.  But --

22          or -- or some -- something of that nature.

23                MR. DAHIYA:  -- your Honor,

24          respectfully, please hear me.

25                THE COURT:  But I see no -- I see no

1           reason to alter the usual rule in this case.

2                MR. DAHIYA:  But --

3                THE COURT:  Unless, of course, you need

4           to have it here so that you can use a -- a

5           translator, if we can make that service

6           available to you.

7                MR. DAHIYA:  -- we -- we -- we would

8           like to do it in the courtroom.  As many days

9           as he wants.  There's no problem.  Please --.

10                THE COURT:  Well, I'm not necessarily

11           making my courtroom available to you.  But --

12                MR. DAHIYA:  The -- the -- the

13           attorneys' room.  That's fine.

14                THE COURT:  Why do you want to do it in

15           the attorneys' room?

16                MR. DAHIYA:  Because that's a neutral

17           place.

18                THE COURT:  Any ob --

19                MR. DAHIYA:  And it's neither his office

20           nor my office.

21                THE COURT:  -- any objection to that?

22                MR. BRUH:  I do, your Honor.  The -- the

23           2004 was served.  He didn't make any sort of

24           motion.  He didn't --

25                THE COURT:  Okay.  There's no --

1            MR. BRUH:  -- make any objection.

2            THE COURT:  -- there's no reason why --

3       there's no reason why it shouldn't be in Mr.

4       Geltzer's office.

5            MR. DAHIYA:  I'm -- I'm telling you

6       reason.  If you give me one minute, your

7       Honor.  I, with Mr. -- another attorney, a

8       colleague of mine -- and with my client and

9       his sister, we go to his office --.

10           THE COURT:  You know what?  I --

11           MR. DAHIYA:  No.  As soon as he opens

12      the door --.

13           THE COURT:  -- you're going to -- you're

14      going to tell me some story about something

15      that happened in another case --

16           MR. DAHIYA:  It's not a story, your

17      Honor.  He's so disrespectful.  He's carrying

18      the tape in his hand.  He's opening the door.

19      You are on tape now.  So identify yourself.

20      And then he's -- he's okay -- the client is

21      okay with that.

22           But then he starts seeing the picture,

23      he starts shivering.  I said, what is

24      happening?  He said, is he government, you

25      know.  He -- he said something like this.  He

1    -- he's a Chinese man who was the prosecutor

2    there, he said.  You can't put a man through

3    that fear.  There're famous cabinet

4    politicians' pictures there.  I've no problem.

5    I'm a Republican.  I don't care about anyone.

6         So why is -- it's -- it's the pictures

7    there.  And then he's -- he gets very scared.

8    He says, you know what, I don't know what to

9    do.  Can we go before the Judge?  I said, no,

10   just relax.  He starts shaking and I told them

11   then -- I said, you know what, he needs a

12   translator and this is scary.  Because you

13   can't put a man in fear.  I have no --.

14        THE COURT:  He's put in fear by what?

15        MR. DAHIYA:  The pictures there.

16        THE COURT:  By pictures that are on Mr.

17   Geltzer's wall?

18        MR. DAHIYA:  Yes.  Yes, the wall is not

19   a normal wall, your Honor.  The wall is like a

20   priest -- a God and goddess' pictures there.

21   Of these other politicians.

22        THE COURT:  Oh, please.

23        MR. DAHIYA:  No, seriously.  That's

24   scary.

25        THE COURT:  It's scary?

1          MR. DAHIYA:  Yeah.  It -- now it is.

2      Anything that intimidates.

3          Neutrality, your Honor.  It's very

4      important.  And then, on top of this, Mr.

5      Geltzer, the way he talks.  I don't want to

6      talk about it.  It's not done.  It's not

7      acceptable.  There have been other cases where

8      the attorneys have objected to his place.

9          THE COURT:  Well, how about -- how about

10     providing -- if you have some specific problem

11     with some question that was asked and -- or by

12     the way it was asked, why doesn't somebody

13     come to me with a specific complaint instead

14     of this general stuff?

15         MR. DAHIYA:  I told him.  I said, Mr.

16     Geltzer, do me a favor.  Put -- put a cloth on

17     those pictures.

18         THE COURT:  Oh, come on.

19         MR. DAHIYA:  No.  It -- your Honor, you

20     understand --

21         THE COURT:  That's the most -- that's

22     the most absurd thing I've ever heard.

23         MR. DAHIYA:  -- no, no.  Your Honor, you

24     -- you --

25         THE COURT:  That because he has pictures

1           of -- of politicians in his office --

2                MR. DAHIYA:  -- you're (unintelligible).

3           That's not true.  This man is a -- this man is

4           a Chinese immigrant, a political asylee.  He

5           was not born and raised here in this country.

6           The man is in fear.  No, your Honor.  Please

7           understand the fine nuances of this immigrant.

8                I -- I sit -- I -- I know what they

9           feel.  I -- I'm a thick-skinned man.  I'm

10          different.  I -- it doesn't affect me.  But

11          he's -- he's -- I think the nervousness, I

12          feel.  I seriously feel.  I respectfully -- I

13          told him, please have a different place then I

14          will sit down with you.  But not in his

15          office.  It's a --.

16               THE COURT:  Okay.  I'm not -- I -- I --

17          I -- this is not something that I am prepared

18          to entertain -- an objection based upon there

19          being --.

20               MR. DAHIYA:  Then he has a tape and it's

21          always on -- that he switches a lot -- always

22          on, that he deletes, it's on, it's on.  That

23          it's a --.

24               THE COURT:  Well, if you want to take a

25          deposition, you need to have a transcript of

1           it.

2                      MR. BRUH:  Yeah, we give an audio

3           transcript, Judge.  It runs. I don't know what

4           Mr. Dahiya's --

5                      MR. DAHIYA:  No, he switches it off.

6                      MR. BRUH:  -- talking about.  In fact,

7           Mr. Dahiya, you spoke.  I didn't interrupt.

8                      MR. DAHIYA:  I --

9                      MR. BRUH:  If I may now?

10                     THE COURT:  I think you need to have a

11          -- you need to have a -- I don't know what

12          -- understand this practice of you -- the

13          Trustee making his own recordings.

14                     MR. DAHIYA:  Yes.

15                     THE COURT:  Isn't -- isn't that -- don't

16          you -- if you want to use a transcript in any

17          kind of a proceeding, don't you have to have

18          it made by a court reporter?

19                     MR. BRUH:  Well, then we would submit

20          the disc to a court reporter and they type it

21          up.

22                     MR. DAHIYA:  What?

23                     MR. BRUH:  And --.

24                     THE COURT:  But how is there any -- any

25          assurance that that is a complete

1          transcription of what was -- of what --

2          whether -- of the proceedings?

3               MR. BRUH:  I mean, we share it with the

4          parties.  I mean, that's what we do, Judge.  I

5          mean, it's the same thing.  It's like a 2 -- a

6          -- a 341 is taped by audio.

7               THE COURT:  Right, but there's a --

8          isn't the U.S. Trustee there?

9               MR. BRUH:  No.

10               MR. DAHIYA:  Then -- that's -- he's

11          asking me, Mr. Dahiya, don't tape.  I say

12          you're taping.  He said, this is my

13          examination so I could tape it.  I would want

14          -- I'll go to his office.  I'll carry a video

15          -- we'll have a video deposition.

16               THE COURT:  Well, I am not watch -- if

17          you think I'm sitting and watching a video of

18          the deposition, you're wrong.

19               MR. DAHIYA:  No, but I will carry it --

20          I am allowed in the Federal rules, your Honor.

21          But 2004 is not a Federal Rules Civil

22          Procedure.  I understand.  My concern is the

23          several protections that you get under Federal

24          Rules Civil Procedure that 2004 doesn't give

25          you.  I am -- these -- these -- these things

1          look small when we are talking about it now.

2          You have to go and feel that.  Feel of the

3          walls there.  They -- I --.

4               THE COURT:  You're too sensitive, Mr.

5          Dahiya.

6               MR. DAHIYA:  No, I'm not, really.  This

7          is lovely.  Unlike Mr. Bruh, I have no

8          problem.  I enjoy Mr. Geltzer's company.

9               THE COURT:  All right.  I -- I think

10         we've tried -- we've had enough of this.

11              MR. DAHIYA:  Okay.

12              THE COURT:  I've had a -- this is

13         enough.  You're going to provide your response

14         by March 14th.  Mr. Bruh, you can schedule the

15         deposition after that.

16              MR. BRUH:  It's scheduled at our office,

17         your Honor, like we always do.

18              THE COURT:  And as far as this motion to

19         dismiss is concerned --

20              MR. DAHIYA:  We'll do the -- will you

21         please carry it with you.

22              THE COURT:  -- I'm going to mark this

23         off because I think this is being -- going to

24         be resolved by -- in the fashion that I --

25              MR. DAHIYA:  Okay.

1    THE COURT:  -- that I have indicated.

2    MR. DAHIYA:  Thank you, your Honor.

3    That's fine.

4    THE COURT:  Okay.  So, do we need

5    another date for the -- for the pre-trial

6    conference?

7    MR. BRUH:  Why don't we have the date

8    after the March 14th date, your Honor?

9    THE COURT:  Okay.

10    MR. BRUH:  We can at least report to the

11    Board.

12    THE COURT CLERK:  March 21st.

13    THE COURT:  How's March 21st?

14    THE COURT CLERK:  At two-thirty.

15    THE COURT:  At two-thirty?

16    MR. BRUH:  Oh, that's fine.

17    THE COURT:  Okay.  Thank you.

18    MR. DAHIYA:  Thank you, your Honor.  And

19    I'm sorry, your Honor, I was -- I was late.

20    Thank you.

21

22

23

24

25

1                              CERTIFICATE

2          I certify that the foregoing is a correct transcript

3    from the electronic sound recording of the proceedings in the

4    above-entitled matter.

5

6    _Judith C. Spriggs_

7    _____

     Judith Spriggs                    2 April, 2013
8    Transcriptionist                  Date

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

800.523.7887         2-12-2013, New York, NY, In the Matter of Man Kit Ng       Associated Reporters Int'l., Inc.

Page 1

**A**

abide 17:1
able 24:4
above-entitled 37:4
Abso 10:4
Absolutely 10:2
absurd 31:22
acceptable 31:7
account 11:24 25:14
accountants 24:25
address 11:20
adjourn 4:21
adjourned 3:15
adjournment 2:18 3:3,7,21 4:19
  5:6,10,10,25 6:1,11,14,16,20
adjournments 4:21 6:7
admitted 2:13 7:10
advance 6:8
Adversary 1:3,10
affairs 14:1
affect 32:10
affidavit 23:8 24:3
afternoon 2:5,9 6:4
allowed 34:20
alter 28:1
and/or 23:25
anybody 15:4
anyway 7:14 15:20
apologize 4:25
appear 6:21 8:15 14:18 26:13
APPEARANCES 1:12
appeared 14:10,12
approach 8:12
April 37:7
arrange 17:18
asked 11:16 31:11,12
asking 7:23 23:3 34:11
Associated 1:21
assurance 33:25
asylee 32:4
attached 9:20
attorney 2:11 16:1 27:11 29:7
attorneys 28:13,15 31:8
attorney's 3:22 27:12
audio 9:22 33:2 34:6
available 28:6,11
Avenue 1:14

**B**

back 4:6 7:8 24:14
bank 11:10,12,14,21 24:10,11,16
  24:19,24 25:6,7,14
bankruptcy 1:1,8 13:9 17:13
bank's 25:4
barrier 14:13 18:5,21
based 32:18
bases 16:17
basis 19:5
behalf 2:10 4:25
behaved 5:20
believe 17:3 18:1
best 22:11
better 15:7
beyond 13:5
Board 36:11
born 32:5
bottom 14:1
Box 1:21
briefly 12:1
bring 14:17
Broadway 1:17
Bruh 2:5,6,25 3:1,13,24 4:8,11
  4:14 5:8 6:1,3,11 7:9,21 8:6
  8:7 9:6,8,15,21 10:2,4,15,16
  10:23 11:3,6,8,10,13,16,19,25
  12:25 13:5,8,23 14:5,7,24
  15:13,17,21,25 16:4,10,14,19
  17:2,10,20,24 18:8,13,15,18
  18:20 19:1,7,17 20:1,4,7,16
  20:21 21:2,7,13,16,24 22:2,9
  22:14 23:3,4,10,13,18,21 24:8
  24:10,23 25:12 26:5,7,11,14
  28:22 29:1 33:2,6,9,19,23
  34:3,9 35:7,14,16 36:7,10,16
BRUSH 1:14
burdensome 6:9,9

**C**

c 1:10
cabinet 30:3
California 5:2 7:17
call 6:25 7:5,7,16,20 8:4
called 3:5 6:3
canceled 11:22
Cantor 5:15
card 15:14 16:3
care 30:5
CARLA 1:7
carry 34:14,19 35:21

Case 1-12-01343-cec    Doc 9    Filed 04/02/13    Entered 04/02/13 07:59:43

800.523.7887        2-12-2013, New York, NY, In the Matter of Man Kit Ng      Associated Reporters Int'l., Inc.

Page 2

**carrying** 29:17
**case** 1:2,3 2:15,18 3:8 5:3,16
  5:17 7:17 14:8 15:22,24 16:5
  16:6,7 17:25 20:10,25,25 28:1
  29:15
**cases** 31:7
**causal** 21:4
**causes** 19:13
**Central** 2:14 3:8
**certain** 13:9 16:21 25:15
**CERTIFICATE** 37:1
**certify** 37:2
**Chapter** 1:13 2:6 8:7
**charge** 25:2
**chase** 4:1
**check** 7:6 8:20 9:2 13:21
**checks** 11:22
**Chinese** 30:1 32:4
**chooses** 4:23
**chose** 5:12
**Civil** 34:21,24
**clearly** 14:13
**clerk** 2:1 5:15 8:4,20 9:1 36:12
  36:14
**client** 8:13,16 10:13 12:2,15
  29:8,20
**clients** 2:22
**closed** 5:17
**cloth** 31:16
**colleague** 29:8
**com** 24:1
**come** 3:16 31:13,18
**coming** 23:7
**comment** 3:13
**company** 35:8
**complaint** 1:9 10:17 16:22 22:15
  23:17,19,23 31:13
**complete** 33:25
**compliance** 14:11
**comply** 8:14 10:13 18:9 21:18,20
**computer** 14:16
**concern** 34:22
**concerned** 35:19
**condition** 18:10
**conduct** 5:23
**conference** 36:6
**connection** 21:4
**contempt** 2:15,21
**control** 12:21 13:3
**copies** 11:22 13:12 14:15

**copy** 13:19
**correct** 11:13 21:16 37:2
**cost** 3:17 25:1
**counsel** 7:22 18:4
**country** 32:5
**course** 28:3
**court** 1:1 2:1,3,8,20,24 3:2,20
  3:25 4:10,13,15 5:4,9,22,23
  6:5,15,18,24 7:3,7,13,19,22
  8:1,4,11,18,20,24 9:1,3,13,16
  10:8,11,20 11:1,4,7,12,14,18
  12:6,9,11,14 13:6,12,17 14:3
  14:18,19,25 15:3,8 16:14,23
  17:1,4,16,17,21 18:6,12,14,16
  18:19,23 19:4,10,20 20:2,5,9
  20:18,20,22,23 21:3,8,14,22
  21:25 22:18,10,22,24 23:1,9,12
  23:14,20,22 24:15,19 25:5,19
  26:1,8,12,21,23 27:3,5,10,17
  27:18,21,25 28:3,10,14,18,21
  28:25 29:2,10,13 30:14,16,22
  30:25 31:9,18,21,25 32:16,24
  33:10,15,18,20,24 34:7,16
  35:4,9,12,18,22 36:1,4,9,12
  36:13,14,15,17
**courtesy** 6:19
**courtroom** 5:14 28:8,11
**courts** 11:21
**CRAIG** 1:7
**credit** 15:14,19 16:3
**criminal** 2:15,21
**custody** 12:20 13:3
**cutting** 4:1

---

**D**

**d** 1:10 18:1
**Dahiya** 1:16,17 2:11 3:3 4:7
  5:20 6:10 7:23 8:9,9 9:7,11
  10:1,3,5,6,10,18 11:9,24 12:1
  12:7,10,13 13:4,15,21 14:6,17
  15:2,6,10,15,19,23,25 16:2,6
  17:8,15 19:3 22:23,25 24:9,13
  24:18 25:1,18,22 26:3,6,17,22
  26:25 27:4,6,8,16,20,23 28:2
  28:7,12,16,19 29:5,11,16
  30:15,18,23 31:1,15,19,23
  32:2,20 33:5,7,8,14,22 34:10
  34:11,19 35:5,6,11,20,25 36:2
  36:18
**Dahiya's** 2:14 33:4

800.523.7887          2-12-2013, New York, NY, In the Matter of Man Kit Ng      Associated Reporters Int'l., Inc.

Page 3

**damage** 19:13
**date** 36:5,7,8 37:8
**day** 16:1
**days** 2:17 5:25 25:25,25 26:1,4
  26:5 28:8
**deadline** 23:15
**Debt** 22:14
**Debtor** 4:3 9:8 10:15 14:3,5
  15:4 16:15 18:2 22:5 23:10,15
  24:2 26:12
**Debtor's** 21:11
**definitely** 9:2
**delay** 14:7
**deletes** 32:22
**denied** 5:11
**denying** 5:5
**dep** 5:14 27:14
**Deponent** 27:14
**deposition** 8:15,23 26:13,16
  27:11 32:25 34:15,18 35:15
**depositions** 8:21 26:18
**deposition's** 26:19
**determination** 21:11 27:7
**detrimentally** 19:13
**different** 32:10,13
**disagree** 20:16,22
**disc** 33:20
**discharge** 1:10 14:4 16:15,17,21
  17:6,7 18:1,7,17 19:6,25 20:6
  20:12,13,15 21:6,12
**discovery** 4:3 8:14 10:14
**discrepancy** 13:24
**discussion** 10:11
**dismiss** 1:10 35:19
**disobeyed** 17:16
**disregard** 5:21
**disrespectful** 29:17
**DISTRICT** 1:1
**docket** 5:16
**docu** 21:19
**document** 12:18 22:12
**documentation** 4:4
**documents** 12:17,19 16:24 17:5
  21:21 22:1,4,16,19,20 23:5,6
  23:13,16,24 24:5 26:15
**DOCUMENTS(S)** 1:11
**doing** 3:18 5:5
**dollars** 25:4
**door** 29:12,18
**double** 7:6

---

**E**

**e** 1:10
**easily** 13:1
**EASTERN** 1:1
**efforts** 23:8 24:5 25:13
**Eighteen** 2:1,3 8:5
**Eisenberg** 2:16 5:16
**either** 4:22 12:16 19:23 23:24
**electronic** 1:24 37:3
**enable** 18:7
**English** 2:23 9:9,25 18:3,22
  19:15,22 20:8,11,19
**enjoy** 35:8
**entertain** 32:18
**entitled** 21:11
**estate** 3:17
**examination** 17:14 19:19 34:13
**excuse** 17:1
**expensive** 25:4
**explain** 18:9 25:17,18
**explaining** 24:3
**extend** 20:14,14
**extension** 18:17 19:24 21:14
**extent** 8:15
**e-mail** 9:22

---

**F**

**fabrication** 14:14
**fact** 13:11 15:3 16:15 17:12
  21:6 22:3 33:6
**failed** 17:3
**failing** 21:18,19
**fails** 16:23,25,25
**fairly** 2:16
**famous** 30:3
**far** 35:18
**fashion** 35:24
**favor** 31:16
**fear** 30:3,13,14 32:6
**February** 1:4 4:16
**Federal** 34:20,21,23
**feel** 32:9,12,12 35:2,2
**feels** 21:9
**fees** 3:22
**fifty** 25:3
**fig** 14:22
**figure** 14:23
**file** 13:6 16:5
**filed** 13:8 15:22,24 16:6,7

800.523.7887          2-12-2013, New York, NY, In the Matter of Man Kit Ng          Associated Reporters Int'l., Inc.

**fill** 15:18 25:13
**finally** 14:9
**financial** 13:25 18:9 25:8
**finding** 6:19
**fine** 4:8 9:7 24:9 26:5 28:13
  32:7 36:3,16
**first** 10:23
**folded** 12:3
**foregoing** 37:2
**forgive** 25:23
**forth** 4:6 16:22
**forty-eight** 6:7
**forty-one** 10:3
**forward** 7:4,13
**four** 23:21,23
**fraud** 18:2,12,15,19,20 19:8,10
  19:10 20:17,20 21:1
**free** 21:14
**Friday** 6:11
**front** 2:15
**fully** 24:1,2

---

### G

**Geltzer** 1:9,13 2:2,6 8:5,7 31:5
  31:16
**Geltzer's** 27:1 29:4 30:17 35:8
**general** 31:14
**getting** 4:5 14:20 20:6,12,13
**give** 6:19 9:22 12:5 25:22 26:4
  29:6 33:2 34:24
**given** 10:18 12:4
**go** 7:3,13 12:12 17:11 24:14
  29:9 30:9 34:14 35:2
**God** 30:20
**goddess** 30:20
**going** 3:16 4:2,5 5:2 11:1 12:12
  14:25 16:16,18 17:9,18,18
  20:23,24 22:3 23:14 24:14
  25:1 26:12,19 29:13,14 35:13
  35:22,23
**Good** 2:5,9
**gotten** 11:17 16:15
**government** 29:24
**grant** 3:21
**granted** 2:19 3:9
**ground** 17:6,7
**GROUP** 1:16
**guess** 3:20 12:14 21:22

---

### H

**hand** 29:18
**handle** 4:2
**hands** 12:3
**happened** 2:16 25:16 27:16 29:15
**happening** 29:24
**hard** 20:2 24:23
**harder** 24:20
**hear** 27:24
**heard** 31:22
**hearing** 4:23 5:13 6:13
**hearings** 4:20 8:22
**held** 2:21
**he'll** 7:1,1
**hid** 14:12
**hide** 13:10
**hides** 18:5
**hiding** 18:20
**Hindu** 27:2
**history** 15:19
**Honor** 2:5,9,12 3:1,6,13,19 4:9
  5:1,8 6:17,23 7:6,9 8:6 9:6
  10:7,17 12:1,13 13:22 14:8,18
  17:25 19:8 21:16 22:9 24:12
  24:14 25:13,22 26:18 27:9,23
  28:22 29:7,17 30:19 31:3,19
  31:23 32:6 34:20 35:17 36:2,8
  36:18,19
**HONORABLE** 1:7
**Honor's** 17:16
**hope** 11:23
**hours** 6:8
**How's** 36:13

---

### I

**identify** 29:19
**immigrant** 32:4,7
**important** 31:4
**inaccurate** 16:10
**indicated** 36:1
**indicates** 21:1
**infirmity** 27:21
**information** 21:10
**institution** 25:9
**interested** 10:9 14:20,20
**interpreter** 8:16,18 14:22 15:1
  15:5 17:22 18:25 19:23
**interrupt** 33:7
**intimidates** 31:2
**Int'l** 1:21
**involved** 4:5 14:21 20:21

Case 1-12-01343-cec    Doc 9    Filed 04/02/13    Entered 04/02/13 07:59:43

800.523.7887          2-12-2013, New York, NY, In the Matter of Man Kit Ng      Associated Reporters Int'l., Inc.

Page 5

**Islip** 2:14 3:8
**item** 11:1
**I.R.S** 13:20 24:7,22

---
**J**
---

**Judge** 1:7,8 2:15 3:24 5:16 7:21
  16:12 17:11 26:5 30:9 33:3
  34:4
**Judith** 37:7

---
**K**
---

**Karam** 1:17 2:11 8:9
**Kaur** 1:16 2:9,10,22 3:6 4:25
  6:17,23,25 7:5,8,11,15,25 8:2
**kind** 6:12 33:17
**Kit** 1:2,9,16 2:11 8:5,10
**knew** 3:14
**know** 4:6 5:18 6:21,22 7:18 8:22
  13:7 19:4 25:12 27:3,5 29:10
  29:25 30:8,8,11 32:8 33:3,11

---
**L**
---

**L** 1:9,13
**language** 14:13 18:5,21
**late** 36:19
**law** 1:13,16 5:15 21:1
**lead** 20:11
**led** 20:6,12
**let's** 10:12,12,20,20,20,21
  25:24
**list** 12:12
**listen** 9:17
**listened** 9:23 14:15
**little** 24:20
**LLC** 1:16
**local** 3:5
**long** 25:20
**look** 35:1
**looking** 23:2
**lot** 22:7 32:21
**lovely** 35:7

---
**M**
---

**making** 22:7 28:11 33:13
**man** 1:2,9,16 2:11 8:5,10 30:1,2
  30:13 32:3,3,6,9
**March** 26:9 35:14 36:8,12,13
**mark** 1:14 2:6 8:7 35:22
**Marked** 6:24
**marking** 5:6,7 6:16

**Massena** 1:22
**matter** 3:16 5:19 17:12 37:4
**mean** 12:21 16:11 17:11 34:3,4,5
**meeting** 14:10
**meetings** 9:12
**mine** 29:8
**minute** 3:9 29:6
**minutes** 9:9,24 19:2,3
**misrepresentation** 19:11,14,17
  20:5 21:5
**money** 3:17 25:15
**month** 26:3
**months** 14:9
**motion** 1:10 5:7 7:4 28:24 35:18
**move** 19:24
**moving** 20:13 25:23,24

---
**N**
---

**Napreet** 2:10
**nature** 27:22
**NATURE(S)** 1:10
**NAUPREET** 1:16
**necessarily** 28:10
**necessary** 22:17
**need** 7:23 10:15,22 17:22 24:2
  25:21 28:3 32:25 33:10,11
  36:4
**needed** 14:22
**needs** 8:16 17:23 24:3 30:11
**neither** 28:19
**nervousness** 32:11
**neutral** 28:16
**Neutrality** 31:3
**New** 1:1,4,4,15,15,18,18,22
**Ng** 1:2,9 2:2 8:10
**Nineteen** 2:2,4 8:5
**normal** 11:21 30:19
**noticed** 27:11
**nuances** 32:7
**Number** 2:1 8:4

---
**O**
---

**ob** 28:18
**object** 16:17,20 17:6 18:17
  19:24 20:15
**objected** 31:8
**objection** 28:21 29:1 32:18
**OBJECTION/REVOCATION** 1:10
**obligation** 12:22
**obtain** 24:5

800.523.7887          2-12-2013, New York, NY, In the Matter of Man Kit Ng          Associated Reporters Int'l., Inc.

**obtained** 13:13 18:2
**obtaining** 16:20 19:9
**office** 1:13 6:4 12:3 25:23,24 27:2,2,12 28:19,20 29:4,9 32:1,15 34:14 35:16
**Oh** 7:13 15:10 26:21 30:22 31:18 36:16
**okay** 4:10,13 6:5 7:7,8,19,21,22 7:25 8:2 9:3,13,18 10:8,10,12 10:23 11:1,3,14,18 12:6 14:24 15:3,8,17 17:20 19:7,13 21:2 21:7 22:8,10,22 23:9,12,14,20 25:5,19 26:6,8 27:3 28:25 29:20,21 32:16 35:11,25 36:4 36:9,17
**once** 26:14
**opening** 29:18
**opens** 29:11
**order** 17:1 20:18 21:19,20

---
**P**
---

**page** 23:21,23
**paper** 24:1
**papers** 14:9
**particular** 22:13
**parties** 34:4
**pay** 8:25
**Pergamen** 2:23
**period** 11:15 16:12
**periods** 13:7
**personal** 10:24 11:19,24
**petition** 15:18 16:11 25:13
**phone** 7:5,16
**phonetic** 2:23
**picture** 29:22
**pictures** 27:4 30:4,6,15,16,20 31:17,25
**piece** 24:1
**place** 26:20 28:17 31:8 32:13
**plan** 4:2
**planning** 3:11
**please** 27:24 28:9 30:22 32:6,13 35:21
**point** 5:19 21:17
**political** 32:4
**politicians** 30:4,21 32:1
**possession** 12:20 13:3
**practice** 33:12
**prepared** 4:12 7:3 32:17
**Presumably** 9:13

**previous** 13:8
**pre-trial** 36:5
**priest** 30:20
**prior** 13:10
**probably** 8:24
**problem** 26:18,19,23 28:9 30:4 31:10 35:8
**Procedure** 34:22,24
**proceeding** 1:10 33:17
**proceedings** 1:24 5:24 34:2 37:3
**process** 25:24
**produce** 12:17 22:18 24:4
**produced** 1:24 10:25 11:11 13:9 22:21
**producing** 21:21
**prong** 21:18
**prongs** 16:21
**propose** 8:12
**prosecutor** 30:1
**protections** 34:23
**provide** 4:4 9:21 14:15 15:5,21 16:24,25 21:19 23:15,24 24:3 25:21 35:13
**provided** 11:23 24:2 26:9
**providing** 31:10
**pursuant** 3:4
**put** 4:15 7:19 14:8 30:2,13,14 31:16,16
**p.m** 1:5
**P.O** 1:21

---
**Q**
---

**question** 21:22 31:11
**questions** 16:12

---
**R**
---

**raise** 13:2
**raised** 32:5
**raising** 16:11
**really** 7:18 35:6
**reason** 22:20 27:13,14 28:1 29:2 29:3,6
**received** 14:2,4 15:13 21:23
**record** 8:3,6 10:22 16:1
**recorded** 1:24
**recording** 1:24 37:3
**recordings** 33:13
**records** 12:8
**reflects** 5:17
**refused** 17:12

800.523.7887          2-12-2013, New York, NY, In the Matter of Man Kit Ng      Associated Reporters Int'l., Inc.

Page 7

**refusing** 21:20
**RELATED** 1:10
**relax** 30:10
**relevant** 5:18
**relied** 19:12
**rely** 19:16,21
**report** 36:10
**reporter** 33:18,20
**Reporters** 1:21
**representing** 8:9
**Republican** 30:5
**request** 5:5,9,11  6:1,14,15  8:14
  12:18  22:12  24:7
**requested** 5:10  6:7,10  12:19
**requests** 10:14
**require** 5:24
**required** 3:4
**reschedule** 7:17
**reserve** 12:17
**resolve** 8:12
**resolved** 35:24
**respect** 24:6
**respectfully** 27:24  32:12
**response** 12:16,18  22:12  23:2,6
  25:21  26:9  35:13
**return** 13:19
**returns** 10:24  11:4  13:1,7,10,13
  13:18,24  15:2  24:6,21
**revoke** 17:7
**revoking** 19:5
**right** 2:24  3:20,22  7:8,10  8:11
  8:19  10:21  12:23  13:16  16:13
  19:18  22:8  34:7  35:9
**Robert** 1:9,13  2:6  8:7
**room** 28:13,15
**rule** 6:6,9  12:23  17:13  28:1
**ruled** 6:14
**rules** 3:5  5:21  34:20,21,24
**runs** 33:3

---
S
---

**satisfies** 12:22
**satisfy** 18:1
**saying** 7:12  12:18  16:4  17:15
  19:14
**says** 20:10,10,19  22:3  30:8
**scared** 30:7
**scary** 30:12,24,25
**schedule** 4:3,12  8:13  10:13
  13:24  15:11  22:15  23:17  26:15

35:14
**scheduled** 4:20  35:16
**second** 7:7,20  8:4  21:17
**see** 6:25  7:16  20:2,24  21:3,4
  22:5  27:25,25
**seeing** 19:5  29:22
**seek** 3:3,22  21:14
**seeking** 5:24
**sensitive** 35:4
**seriously** 30:23  32:12
**serve** 12:15
**served** 28:23
**service** 1:21,24  8:25  28:5
**set** 4:2  10:12,12,16  16:22  17:18
  23:14,16  25:19
**setting** 8:13
**shaking** 30:10
**share** 34:3
**shivering** 29:23
**show** 4:18,19,23  5:13  6:15
**significant** 14:7
**simply** 17:4
**sister** 15:6  29:9
**sit** 9:17  32:8,14
**sitting** 34:17
**six** 11:16  14:9
**small** 35:1
**solution** 15:9
**somebody** 15:12  24:21  31:12
**soon** 29:11
**sorry** 6:22,22  36:19
**sort** 28:23
**sought** 18:16
**sound** 1:24  37:3
**speak** 18:22  19:15,22  20:11,19
**specific** 31:10,13
**specified** 23:23
**specify** 10:21
**spoke** 33:7
**Spriggs** 37:7
**starts** 29:22,23  30:10
**statement** 11:17  13:25  25:16
**statements** 11:10,12,14,21  15:14
  24:11,17  25:7,16
**STATES** 1:1,8
**story** 29:14,16
**stuff** 16:9  31:14
**subject** 3:21
**subjecting** 27:1
**submit** 22:17  33:19

800.523.7887          2-12-2013, New York, NY, In the Matter of Man Kit Ng       Associated Reporters Int'l., Inc.

**subpoena** 12:7,23 25:8
**subsequently** 18:3
**sudden** 9:10 20:19
**sufficient** 21:10
**SUIT** 1:10
**Suite** 1:17
**supplying** 23:5
**supposed** 3:18
**sure** 8:21,22 9:4
**switches** 32:21 33:5

### T

**take** 26:20 32:24
**talk** 31:6
**talking** 33:6 35:1
**talks** 31:5
**tape** 29:18,19 32:20 34:11,13
**taped** 34:6
**tapes** 14:15
**taping** 34:12
**tax** 10:24 11:4 13:1,6,19,24
  15:2 24:6,20
**telephonic** 6:12
**tell** 27:16 29:14
**telling** 29:5
**temple** 27:2
**ten** 9:9,24 19:1,3
**Terminate** 21:13
**terms** 3:25
**testified** 9:9,24 19:1 20:8
**testify** 17:13,19 18:3,22,24
  20:18 22:4,5
**testifying** 21:21
**Thank** 3:24 5:8 7:21 36:2,17,18
  36:20
**they'd** 8:24
**thick-skinned** 32:9
**thing** 9:17 12:9 31:22 34:5
**things** 34:25
**think** 8:17,25 9:1,4 12:25 17:17
  19:7,8 20:17 22:16,18 24:10
  24:13,13,16,21 25:5,6 26:16
  32:11 33:10 34:17 35:9,23
**thinking** 26:22
**Third** 1:14
**thirty** 26:4,5
**three** 9:23 10:3
**time** 3:4,17 6:21 9:25 11:2
  18:17 19:24 20:14,14 21:15
  22:13 25:21

**timely** 4:22 5:12
**times** 9:23 12:3
**Today** 8:1
**told** 3:6 5:14 30:10 31:15 32:13
**top** 31:4
**trans** 25:2
**transcript** 1:24 9:14,20 25:3
  32:25 33:3,16 37:2
**transcription** 1:21,24 34:1
**Transcriptionist** 37:8
**transcripts** 13:15,18 25:10
**translator** 28:5 30:12
**travel** 27:15
**tried** 2:17 3:7 35:10
**true** 9:11,12 17:8 32:3
**Trust** 19:21
**Trustee** 1:13 2:7 8:8 13:10 18:4
  19:16,20 21:8,9 24:16,20
  25:17 33:13 34:8
**Trustee's** 3:22 8:14
**try** 22:18
**trying** 6:19
**Tuesday** 1:4
**twenty** 25:25
**twenty-five** 25:3
**twenty-two** 25:25 26:1
**two** 2:17 4:19,20 5:25
**two-thirty** 36:14,15
**type** 23:1,1 27:18 33:20
**typically** 27:12

### U

**Uh-huh** 2:3,8,24
**unable** 27:15
**unbeknownst** 18:4
**unclear** 3:2 4:17
**understand** 16:2 31:20 32:7
  33:12 34:22
**understanding** 3:14
**undertook** 23:10
**unintelligible** 32:2
**UNITED** 1:1,8
**use** 8:18 28:4 33:16
**usual** 28:1
**utter** 5:21
**U.S** 34:8

### V

**versus** 2:2,23 8:5
**video** 34:14,15,17

800.523.7887          2-12-2013, New York, NY, In the Matter of Man Kit Ng      Associated Reporters Int'l., Inc.

Page 9

**Vir** 1:17 2:11

---
### W
**wall** 30:17,18,19,19
**walls** 35:3
**want** 2:25 7:18 9:19 12:2 15:11
  22:4,11 23:6,7 26:2 28:14
  31:5 32:24 33:16 34:13
**wanted** 18:10,25
**wants** 28:9
**wasn't** 3:9,10
**watch** 34:16
**watching** 34:17
**way** 4:1 5:23 8:11 11:20 22:11
  31:5,12
**week** 3:15
**we'll** 9:21 14:22 15:10 17:10,11
  22:5 25:19 34:15 35:20
**we're** 3:18 4:2,4,5 11:1,19
  12:11 17:18,18 20:24 24:25
**we've** 10:18 35:10,10
**worked** 9:5
**wouldn't** 18:9,24
**written** 22:11 26:9
**wrong** 34:18

---
### Y
**yeah** 13:15 22:2 24:18 26:3 31:1
  33:2
**year** 16:20
**years** 11:16
**yesterday** 3:5 6:3
**York** 1:1,4,4,15,15,18,18,22

---
### 1
**1** 1:9
**10013** 1:18
**10128** 1:15
**11-46867** 1:2
**12** 1:4
**12-01343** 1:3
**12:13** 1:5
**13** 16:8
**13662** 1:22
**14th** 26:10 35:14 36:8
**1556** 1:14
**165** 1:21

---
### 2
**2** 34:5 37:7

**2000** 11:4,5
**2004** 4:12 12:24 14:12 17:13
  28:23 34:21,24
**2005** 10:24 11:6,7
**2010** 10:24 11:6,7
**2011** 11:8,9
**2013** 1:4 37:7
**21st** 4:16 5:1 36:12,13

---
### 3
**3** 1:10
**315** 1:22
**341** 14:10 20:8 34:6
**350** 1:17

---
### 4
**41** 1:10
**412** 1:17

---
### 7
**7** 1:13 2:6 8:7
**727** 1:10 16:19 18:1
**769-6429** 1:22