DAHIYA LAW OFFICES LLC
75 MAIDEN LANE SUITE 506
NEW YORK NEW YORK 10038
TEL: 212 766 8000
FAX: 212 766 8001

Court Clerk
U.S. Bankruptcy Court					September 5, 2013
Eastern District of N.Y.
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East
Suite 1595
Brooklyn, NY 11201-1800
**VIA ECF**

## IN RE: GELTZER v. MANKIT NG. 12-1343-CEC

Dear Clerk:

    In the aforesaid case, the plaintiff, Robert Geltzer, Esq. has filed a Notice of dismissal of the case in question under Federal Rule 41(a)(1), Rule 7041 of Fed. R. Bankr. Pro. Case cannot be dismissed for several reasons as are mentioned in the attached opposition filed to the Notice of Dismissal, also the notice does not comport with the format of a proper notice, as it raises question of compliance with discovery demands, merits etc., of which a Clerk is not allowed to become a fact finder. Wherefore please have this case **not marked as dismissed** and it should be left to the discretion of the supervising Chief Judge, Hon. Carla. E. Craig.

/s/karamvir dahiya
_____
Karamvir Dahiya, Esq.