| | |
|---|---|
| U.S. BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>BROOKLYN DIVISION | Hearing Date: December 18, 2012<br>Hearing Time: 10:00am |

-----------------------------------------------------------x

IN RE                                                                               :
                                                                                    :
LALITA DEVI SUKHRAM and               : Chapter 7 Case No.
ESHWAR NAUTH SUKHRAM              :
                                                                                    : 11-42627 (JF)
                                                                                    :
**Debtors.**                                                                :
                                                                                    :
-----------------------------------------------------------x

## LETTER FROM DEBTOR LALITA DEVI SUKHRAM AND LETTER FROM DR. DANIEL APPELBAUM

Lalita Sukhram
90-27 186th Street
Hollis, NY 11423

December 6, 2012

Honorable Jerome Feller
U.S. Bankruptcy Court
271 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Feller,

I am writing this letter on behalf of myself and my husband Eshwar Sukhram in regards to our bankruptcy filing Chapter 7, Case Number 11-42627-JF.

It is going to be almost two years since the filing of this case. The trustee Mr. Geltzer keeps asking for the same information or documentation or explanation repeatedly. Whatever information or documents or explanations are or were available have been provided to him several times. We still do comply with his repeated requests and provide them to him. During the deposition he asked us questions about deposits and withdrawals for the period 2007 to 2009 – we answered his questions then but yet he is asking for explanations again. We gave answers to what we remembered and what we couldn't remember about those transactions. It seems he wants to penalize us for not recalling exactly what occurred. Mr. Geltzer and his accountant have asked questions about the business taxes. The NYC Department of Finance as well as the NYS Department of Taxation and Finance have both audited the taxes for the business and found no necessary adjustments and closed their files, yet Mr. Geltzer is still asking questions and for documents. I am requesting that Mr. Gletzer's request for more information or documents or information be denied.

I understand Mr. Geltzer has to do his job, but this case seems to be personal for him. For some unknown reason he has treated myself, my husband and our attorney with utmost disrespect during the deposition. We were inexperienced business people who suffered financially. Owning a business has been our dream. We mortgaged our home just to finance the business hoping for great returns. Today we have nothing but bad debts. At this point in our lives, we are next to being homeless. We are backed up with our mortgage payments, utility bills and medical bills. My children are all suffering and stressed over this matter. My oldest son dropped out of college because he could not concentrate or focus on his studies. My husband has been so stressed over this case that he had a heart attack and now requires follow up treatments by a Cardiologist. This case is a reminder of all that we have lost and will never be able to achieve again. Normal people that are of my husband and my age have already secured their and their children's future. We have noting for our children or ourselves. I am trying to keep my family together. There are no remaining pieces for us to pick up so help us to move on.

I thank you very much for your time and consideration.

Very truly yours,

*Lalita Sukhram* (signature)
Lalita Sukhram



2 ProHealth Plaza 2 Ohio Drive, 2nd Floor,  Lake Success, NY 11042
Phone: 516-622-6060  Fax: 516-622-6061
**Re:     Eshwar Sukhram**
**DOB:   08/06/1961**

**To Whom It May Concern,**

**Mr. Sukhram is a patient under my care. He had a myocardial infarction a few months ago. Since then he has required periodic visits to my office for changes in his medications. In the future he will continue to require followup  and changes in his medical management requiring office visits**

Daniel Appelbaum,M.D.

# CERTIFICATE OF SERVICE

Anthony Tse certifies, pursuant to 28 U.S.C. Section 1746, as follows:

1. I am employed by the law firm of Gehi and Associates, attorneys for Debtors Lalita Devi Sukhram and Eshwar Nauth Sukhram.

2. On December 7, 2012, I caused copies of the following documents to be delivered to the following addresses, via certified mail: The Chambers of the Honorable Judge Jerome Feller, 271 Cadman Plaza East, Room 1595, Brooklyn, NY 11201; U.S. Trustee's Office, 271 Cadman Plaza East, Room 4529, Brooklyn, NY 11201 (Attn: Marylou Martin, Esq.), Robert L. Geltzer, Esq., Law Offices of Robert L. Geltzer, 1556 Third Avenue, Suite 505, New York, NY 10128

    a) Letter from Debtor Lalita Devi Sukhram and Letter from Dr. Daniel Appelbaum

3. I certify under penalty of perjury that the foregoing is true and correct.

Executed on December 7, 2012

/s/ Anthony Tse
Anthony Tse