**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X   Case No. 11-46867
IN RE:
MAN KIT NG.
               Debtor.
-----------------------------------------------------------X   Adv. Pro. No. 12-01343 (CEC)
ROBERT L. GELTZER, as Trustee of the
Estate of MAN KIT, NG.
               Plaintiff,
--against--

MAN KIT NG,
               Defendant.
-----------------------------------------------------------X

**Affidavit of Man Kit Ng**

I, Man Kit Ng, am the Debtor in the above referenced case and I state the following under penalties of perjury:

1. There came a point in my life where I decided I needed to file for bankruptcy. However, this entire experience has been nothing but stressful and unpleasant.
2. My first bad experience occurred during my 341 meeting. I went to the 341 meeting with my attorney, Karamvir Dahiya, and some of his other clients who also had their 341 meetings.
3. One such client was David Taylor.
4. At the 341 meeting, I sat and observed how the Trustee interacted with the Debtors and their attorneys.
5. I saw that Geltzer's 341 meeting of Mr. Taylor went smoothly, without an incident and his case was eventually closed without any problem. It is important to note that Mr. Taylor is a white man.
6. I do not understand why a law suit was filed against me.
7. I have never lied and I am an honest man. I have provided the Trustee with everything that I had.
8. Now, my son's mother, Mee Woon Hui, is being sued by Geltzer. She takes care of the house; she cooks, takes care of my son and does laundry. We live together as a family.
9. I wish this were not the case but I do feel that I am being treated differently because I am a Chinese man. I feel that I were a white man, this would not have happened.
10. I want this case to be dismissed but with prejudice.

Dated: October 16, 2013

    New York New York

                                                                                         Man Kit Ng

### Certificate of Translation

    I, Josephine Ng, have translated the above Affidavit of Man Kit Ng.. I am of age and speak Cantonese and English fluently. I have read and translated the above affidavit to Mr. Ng and it is in accordance to what Mr. Ng has stated.

                                                                      Josephine Ng

Dated: New York, New York

STATE OF NEW YORK, COUNTY OF NEW YORK : ss.:

On the _16_ day of _2013_, before me personally came and appeared _Manking Ng_, to me personally known and known to me to be the individual described in and who executed the foregoing instrument, and who duly acknowledged to me that they executed same.

                                          Notary Public

> KARAMVIR DAHIYA
> Notary Public, State of New York
> No. 02DA6056365
> Qualified in New York County
> Commission Expires Sept. 22, 2015