*Dahiya Law Offices LLC*
75 Maiden Lane Suite 506
New York New York 10038
Tel: 212 766 8000
Fax: 212 766 8001
karam@legalpundit.com

**Hon. Carla E. Craig**                      April 2, 2014.
**Chief Judge**
**United States Bankruptcy Court**
**Eastern District of New York**
**New York New York 10038**
**Tel: 212 766 8000**
**Fax: 212 766 8001**

                 re: Geltzer v. Mankit, 28 U.S.C. §1927
                 Adv. No. **. 12-01343-CEC**

Dear Judge:

         I have received Mr. Robert Geltzer's proposal regarding settlement. I have reviewed it and I have responded to him with my version of the settlement terms. I am waiting for his comments. I sincerely hope that we reach some mutually agreed terms. Thank you for your consideration. Thank you for your comments.

                                           /s/karamvir dahiya
                                           _____
                                           Karamvir Dahiya, Esq.

Copy to Trustee Robert Geltzer.