UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In Re: **Chapter 7**
**MAN KIT NG,**                                                          Case No. 11-46867-CEC

                                Debtor.
------------------------------------------------------------x
ROBERT L. GELTZER, as Trustee
of the Estate of **MAN KIT NG**,
                         Plaintiff,                  **Adv. Pro. No. 12-01343-CEC**

-against-

**MAN KIT NG**,

                             Defendant.
------------------------------------------------------------x

AFFIRMATION IN OPPOSITION TO THE ORDER SUBMITTED.

KARAMVIR DAHIYA of Dahiya Law Offices LLC opposes the submitted order by the Chapter 7 Trustee as follows:

1.      Respectfully, the trustee is not putting the entire transcript on the record.

2.      I oppose the submitted Order. It is very one sided and does not consider what I had suggested to the trustee.

3.      The Trustee was sent a letter and Court was also notified about it, that I have objection to the trustee language.

4.      The trustee filed the proposed "So Ordered" without consulting the undersigned.

Wherefore, this order should be denied as it shows the undersigned in bad light and other party claims no responsibility for its conduct.

Dated: April 15, 2014
New York New York                                                     /s/karamvir dahiya

                                                                                    _____
                                                                                    Karamvir Dahiya, Esq.