UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                                          Case No. 11-46867 (CEC)

    Man Kit NG,                                                         Chapter 7

                    Debtor.
------------------------------------------------------------x
Robert L. Geltzer, as Trustee
of the Estate of Man Kit Ng,                                        Adv. Pro. No. 12-01343 (CEC)

                    Plaintiff,
      v.
Man Kit Ng,
                    Defendant.
------------------------------------------------------------x

## ORDER

**WHEREAS**, Robert L. Geltzer, chapter 7 trustee (the "Trustee") for Man Kit NG, initiated the above-captioned adversary proceeding on December 21, 2012; and

**WHEREAS**, on September 3, 2013, the Trustee filed a notice dismissing this adversary proceeding without prejudice ("Notice of Dismissal"), and the Debtor objected to dismissal without prejudice; and

**WHEREAS**, at a hearing on the Notice of Dismissal on April 15, 2014, the Trustee consented to dismissal of this adversary proceeding with prejudice; and

It is hereby,

**ORDERED**, that this adversary proceeding is dismissed with prejudice.



Dated: Brooklyn, New York
       April 17, 2014

_____
**Carla E. Craig**
**United States Bankruptcy Judge**