UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                              Case No.  11-46867 (CEC)

    Man Kit NG,                                                        Chapter 7
                    Debtor.
-----------------------------------------------------------x
Robert L. Geltzer, as Trustee
of the Estate of Man Kit Ng,                                        Adv. Pro. No. 12-01343 (CEC)

                    Plaintiff,
    v.
Man Kit Ng,
                    Defendant.
-----------------------------------------------------------x

## ORDER ASSIGNING MATTER TO MEDIATION

WHEREAS, in the above-captioned adversary proceeding, Robert L. Geltzer (the "Trustee") filed a motion ("Motion") to impose sanctions upon Karamvir Dahiya, Esq. and/or Dahiya Law Offices, LLC (collectively, "Dahiya") on September 11, 2013; and

WHEREAS, at a hearing held on April 15, 2014, the Court reserved decision on the Motion and the Trustee consented to dismissal of the adversary proceeding with prejudice; and

WHEREAS, on April 17, 2014 the Court issued an order dismissing this adversary proceeding with prejudice; and

WHEREAS, the Court has determined to refer the Trustee and Dahiya to mediation to attempt to resolve the Motion; it is

ORDERED, that notwithstanding the dismissal of the adversary proceeding, the Court has reserved jurisdiction to consider the Motion; and it is further

ORDERED, pursuant to E.D.N.Y. LBR 9019-1, that the Trustee and Dahiya are hereby referred to the Honorable Elizabeth S. Stong, United States Bankruptcy Court, Eastern District of New York, for mediation of the issues raised in the Motion; and it is further

ORDERED, that the Trustee and Mr. Dahiya are directed to contact Judge Stong's chambers at (347) 394-1860 to set a schedule for the mediation; and it is further

ORDERED, that the Trustee and Mr. Dahiya shall personally attend the conference(s); and it is further

ORDERED, that to the extent the procedures for mediation are not set forth herein or in the proposed Order Selecting Mediator and Governing Procedure, the mediation shall be governed by E.D.N.Y. L.B.R. 9019-1 ("Alternative Dispute Resolution-Mediation"); and it is further

ORDERED, that upon conclusion of the mediation directed herein, the parties shall notify the Court as to the results of the mediation.



**Dated: Brooklyn, New York**
**April 22, 2014**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**