UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
In re:                                                                Case No. 11-46867-CEC

    Man Kit Ng,                                              Chapter 7

                    Debtor.
---------------------------------------------------------- x
Robert L. Geltzeras, as Trustee of the Estate
of Man Kit Ng,

                    Plaintiff,
          -against-                                           Adv. Pro. No. 12-1343-CEC

Man Kit Ng,

                    Defendant.
---------------------------------------------------------- x

## **ORDER APPROVING STIPULATION**

       The attached Stipulation and Order Settling and Withdrawing the Motion for an Order Imposing Sanctions Against Karamvir Dahiya, Esq. and/or Dahiya Law Offices, LLC Pursuant to 28 U.S.C. § 1927 is hereby SO ORDERED.



**Dated: Brooklyn, New York**
**November 6, 2014**

                                                            **Carla E. Craig**
                                            **United States Bankruptcy Judge**