LAW OFFICES OF
# ROBERT L. GELTZER
1556 THIRD AVENUE
NEW YORK, NEW YORK 10128
(212) 410-0100

FACSIMILE (212) 410-0400

February 7, 2018

Honorable Carla E. Craig
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, NY 11201

    Re:   Man Kit Ng - Case No. 11-46867-CEC
            Robert L. Geltzer v. Man Kit Ng - Adv. Pro. No. 12-01343-CEC

Dear Judge Craig:

    Per instructions from Ms. Leonard, on February 5, 2018 my counsel notified Mr. Dahiya that Your Honor had adjourned from February 13, 2018 to April 10, 2018 at 2:00 p.m. our second Motion to Sanction him for calling me a perjurer (the "Motion") just 32 hours after Your Honor admonished him for calling me an extortionist.

    Consistent with that letter, this is to advise that Mr. Dahiya has not interposed any objection to the Motion as his time to object expired on February 6, 2018[1], such that our Motion is now unopposed.

    Because that is the case, and because there is little left to say, this letter is written to request Your Honor to take our Motion and January 9, 2018 Supplement thereto on submission without the necessity for any argument on April 10, 2018 or otherwise. Naturally, we reserve all rights to reply should that become necessary.

                                 Sincerely and respectfully,

                                 Robert L. Geltzer

RLG:ayh

cc:   Robert A. Wolf, Esq.
       Marylou Martin, Esq., Office of the U.S. Trustee
       ECF
       Karamvir S. Dahiya, Esq.

---

[1] Although he elected not to file any objection to this Motion, it is to be noted that Mr. Dahiya did take time to file in this Court four pleadings yesterday in the case of Boysin Lorick and Cynthia Lorick, case #16-45645 (NHL).