LAW OFFICES OF
# ROBERT L. GELTZER
1556 THIRD AVENUE
NEW YORK, NEW YORK 10128
(212) 410-0100

FACSIMILE (212) 410-0400

April 4, 2018

Honorable Carla E. Craig
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, NY 11201

Re: Man Kit Ng - Case No. 11-46867 (CEC)
Robert L. Geltzer v. Man Kit Ng - Adv. Pro. No. 12-01343 (CEC)

*MOTION FOR AN ORDER HOLDING KARAMVIR DAHIYA, ESQ. and/or THE DAHIYA LAW OFFICES, LLC IN CONTEMPT and IMPOSING SANCTIONS AGAINST THEM PURSUANT TO § 105(a) OF THE UNITED STATES BANKRUPTCY CODE (§ 105) and 28 U.S.C. § 1927 FOR MAKING THE 7TH THROUGH 17TH NEW SANCTIONABLE STATEMENTS (THE 11 NEW SANCTIONABLE STATEMENTS)*

Dear Judge Craig:

Our Motion for an Order Holding Karamvir Dahiya, Esq. and/or the Dahiya Law Offices, LLC in Contempt and Imposing Sanctions Against Them Pursuant to § 105(a) of the United States Bankruptcy Code (§ 105) and 28 U.S.C. § 1927 for Making the 7th Through 17th New Sanctionable Statements (the 11 New Sanctionable Statements) (the "Motion"), Docket #86, was filed and served on March 15, 2018.

Thus, pursuant to Federal Rule of Bankruptcy Procedure 9006 and Local Bankruptcy Rule 9006(1)(a)(ii) any opposition to the Motion was to be served and filed no later than April 3, 2018.

This is to advise the Court that no such opposition was served or filed.

Thus, it is hereby requested that the unopposed Motion be taken on submission, without argument, on April 10, 2018 and be granted.

Respectfully submitted,

Robert L. Geltzer

RLG:ayh

cc: Robert A. Wolf, Esq.
ECF
Karamiv S. Dahiya, Esq.