**Law Offices of Robert L. Geltzer**
1556 Third Avenue, Suite 505
New York, New York 10128
(212) 410-0100
Robert L. Geltzer
Mark E. Bruh
*Counsel to Robert L. Geltzer,*
*as Chapter 7 Trustee*

**Tarter Krinsky & Drogin LLP**
1350 Broadway
New York, New York 10018
(212) 216-8000
Robert A. Wolf
*Special Litigation Counsel to the Trustee*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------
In re:

      **MAN KIT NG**,

              Debtor.

**Chapter 7**

**Case No. 11-46867 (CEC)**

------------------------------------------------------------
**ROBERT L. GELTZER**, as Trustee for the Estate of **MAN KIT NG**,

              Plaintiff,

      -against-

      **MAN KIT NG**,

              Defendant.

**Adv. Pro. No. 12-01343 (CEC)**

------------------------------------------------------------

## NOTICE OF APPEAL

        Robert L. Geltzer, as Chapter 7 trustee (the "**Trustee**" or "**Appellant**") of Man Kit Ng, the debtor (the "**Debtor**") in the above-captioned chapter 7 case, and as Trustee, the plaintiff in the above-captioned adversary proceeding (the "**Adversary Proceeding**") in which

the Debtor is the named Defendant, hereby appeals to the United States District Court for the Eastern District of New York, pursuant to 28 U.S.C. § 158(a), from (A) the Order Denying Motion for Sanctions (the "**Order**," a copy of which is annexed here to as Exhibit 1), which Order was entered on the docket of the Adversary Proceeding on March 28, 2018 (ECF Doc. No. 90), and (B) the Decision Denying Plaintiff's Motion for Sanctions (the "**Memorandum Decision**," a copy of which is annexed hereto as Exhibit 2) upon which the Order is based, which Memorandum Decision was entered on the docket of the Adversary Proceeding on March 28, 2018 (ECF Doc. No. 89).

The parties to this appeal and their respective counsel are as follows:

**Appellant:**

Robert L. Geltzer, as Chapter 7 Trustee of Man Kit Ng

**Appellant's Counsel**

Robert L. Geltzer, Esq.
Law Offices of Robert L. Geltzer
1556 Third Avenue, Suite 505
New York, New York 10128
(212) 410-0100
*Counsel to the Chapter 7 Trustee*

Robert A. Wolf, Esq.
Tarter Krinsky & Drogin LLP
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
*Special Litigation Counsel to the Chapter 7 Trustee*

**Appellees:**

Karamvir Dahiya, Esq.
Dahiya Law Offices, LLC

**Appellees' Counsel**

Karamvir Dahiya, Esq.
Dahiya Law Offices, LLC
75 Maiden Lane, Suite 506
New York, New York 10038
(212) 766-8000

**Other Party**

Marylou Martin, Esq.
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014

Dated: New York, New York
April 11, 2018

**LAW OFFICES OF ROBERT L. GELTZER**
*Counsel to the Chapter 7 Trustee*

By: /s/ Robert L. Geltzer
Robert L. Geltzer, Esq.
1556 Third Avenue, Suite 505
New York, New York 10128
(212) 410-0100
rgeltzer@epitrustee.com

**TARTER KRINSKY & DROGIN LLP**
*Special Litigation Counsel to the Chapter 7 Trustee*

By: /s/ Robert A. Wolf
Robert A. Wolf, Esq.
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
rwolf@tarterkrinsky.com