UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                               Chapter 7

MAN KIT NG,                                                          Case No. 11-46867-cec
                Debtor.
-------------------------------------------------------------x
ROBERT L. GELTZER, as Trustee for the Estate of
MAN KIT NG,                                                          Adv. Pro. No. 12-1343-cec
                Plaintiff,
v.

MAN KIT NG,
                Defendant.
-------------------------------------------------------------x

## ORDER DENYING MOTIONS FOR SANCTIONS

      WHEREAS, on October 5, 2017, Robert L. Geltzer (the "Trustee") filed a motion for an order holding Karamvir Dahiya, Esq. and/or the Dahiya Law Offices, LLC (together, "Dahiya") in contempt and imposing sanctions pursuant to 11 U.S.C. § 105(a) and/or 28 U.S.C. § 1927 for making a five sanctionable statements (the "First Sanctions Motion") (ECF No. 56); and

      WHEREAS, Dahiya opposed the First Sanctions Motion; and

      WHEREAS, on January 2, 2018, the Trustee filed a motion for an order holding Dahiya in contempt and imposing sanctions pursuant to 11 U.S.C. § 105(a) and/or 28 U.S.C. § 1927 for making a sixth sanctionable statement (the "Second Sanctions Motion") (ECF No. 72); and

      WHEREAS, on March 15, 2018, the Trustee filed a motion for an order holding Dahiya in contempt and imposing sanctions pursuant to 11 U.S.C § 105(a) and/or 28 U.S.C. § 1927 for Making the 7th through 17th sanctionable statements (the "Third Sanctions Motion") (ECF No. 86); and

      WHEREAS, Dahiya opposed the Second Sanctions Motion and the Third Sanctions Motion; and

      WHEREAS, on March 28, 2018, the Court issued a decision and an order denying the First Sanctions Motion;

NOW, THEREFORE, for the reasons stated in this Court's decision dated August 14, 2018, it is

ORDERED, that the Second Sanctions Motion and the Third Sanctions Motion are denied.



Dated: Brooklyn, New York
August 14, 2018

Carla E. Craig
United States Bankruptcy Judge