

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 29 2019 ★

BROOKLYN OFFICE

March 28, 2019

**By ECF and First Class Mail**

Honorable I. Leo Glasser
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **In re Geltzer, as Chapter 7 Trustee v. Man Kit Ng, CV-18-2223**
            **Status Report**

Dear Judge Glasser:

    Our firm served as Special Counsel to Robert L. Geltzer, as Chapter 7 Trustee, the Appellant in the above-referenced appeal. Please be advised that the Appellant has decided not to pursue the appeal.

                                      Respectfully submitted,

                                      /s/ Robert A. Wolf

                                      Robert A. Wolf

RAW:js

cc: Robert L. Geltzer, Esq. (by email)
    Karamvir Dahiya, Esq. (by email)

s/I. Leo Glasser, USDJ

{Client/083786/1/01794232.DOC;1 }